UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AARON CANTLEY,

    Petitioner,

v.

CATHERINE BAUMAN,

    Respondent.
_____/

Case No. 2:10-CV-154

HON. GORDON J. QUIST

## **ORDER**

In accordance with the Opinion issued today,

**IT IS HEREBY ORDERED** that the Report and Recommendation (docket no. 98) is **ADOPTED** as the Opinion of the Court, and Petitioner's Petition (docket no. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Objection is **OVERRULED**.

**IT IS FURTHER ORDERED** that Petitioner's motion for an extension (docket no. 116) is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that Petitioner's motion for reconsideration of the magistrate judge's order denying motions for a preliminary injunction (docket no. 118) is **DISMISSED** as moot.

**This case is concluded.**

Dated: August 14, 2013

                                                      /s/ Gordon J. Quist
                                                GORDON J. QUIST
                                  UNITED STATES DISTRICT JUDGE